JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER LANO, NANCY LANO, DAVID PHILBIN, MICHELLE PHILBIN, MICHAEL PHILBIN, JONATHAN PHILBIN, and MICHELLE GONCALVES,<br><br>Plaintiffs,<br><br>v.<br><br>CARNIVAL CORPORATION, CARNIVAL PLC, and FUTURA CRUISES, INC., et al.,<br><br>Defendants. | CV 13-1718 PA (JCGx)<br><br>JUDGMENT |

Pursuant to the Court's July 31, 2013 Minute Order granting the Motion for Summary Judgment filed by defendants Carnival Corporation, Carnival PLC, and Futura Cruises, Inc. (collectively "Defendants"), which granted summary judgment to Defendants on each of the claims asserted by plaintiffs Peter Lano, Nancy Lano, David Philbin, Michael Philbin, Jonathan Philbin, and Michelle Goncalves (collectively "Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiffs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims are dismissed with prejudice.

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take
2 nothing and that Defendants shall have their costs of suit.
3       IT IS SO ORDERED.

5 DATED: July 31, 2013                           _____
                                                           Percy Anderson
6                                          UNITED STATES DISTRICT JUDGE